IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLARENCE EDWARD YOUNG** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:23-cv-319-HSO-BWR |
| | § | |
| **BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The Court, having sua sponte considered Plaintiff's failure to prosecute and failure to comply with Court Orders [22], [24], [25] & [27], finds that, in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Court Orders.

**SO ORDERED** this the 1st day of November, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE